IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-263 |
| v. | |
| PATRIOT MODULAR, LLC; and ROBINSON MECHANICAL CONTRACTORS, INC., | |
| Defendants. | |

**ORDER**

Previously, the Court stayed this case after being advised that a mediation session had been scheduled for the underlying case (which is pending in another district court). (See docs. 65, 66.) In entering the stay, the Court directed the parties to file a status report on or before May 19, 2023, advising the Court of the status of the settlement efforts. (Doc. 66.) In their May 19, 2023, status report, the parties advised that the underlying case remained stayed while the parties continued to pursue the possibility of settlement. (Doc. 67.) The parties noted that they were scheduled for a second mediation on May 25, 2023. (Id.) Accordingly, the Court did not lift the stay on this case. The second mediation session's date, however, has since passed and the parties have not notified the Court that any resolution of the underlying has been reached. Therefore, the Court **DIRECTS** the parties to file a Joint Status Report regarding the parties'

efforts at settlement and whether they believe it is appropriate for the stay to be lifted at this time or whether, instead, the stay should remain in place.[1]

**SO ORDERED**, this 6th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties need not use Judge Baker's Status Report Form and should instead simply provide the requested information to the Court in one or more paragraphs.