IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| INDIAN HARBOR INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>PATRIOT MODULAR, LLC; and ROBINSON MECHANICAL CONTRACTORS, INC., d/b/a Robinson Construction Company,<br><br>    Defendants. | CIVIL ACTION NO.: 4:20-cv-263 |

## O R D E R

    Before the Court is an "Agreed Motion to Dismiss With Prejudice," signed and filed by counsel for Plaintiff and counsel for Defendants, in which the parties advise that this matter has been fully and finally compromised and settled and that they seek and consent to the dismissal with prejudice of this action, including all claims and counterclaims, with each party to bear its own costs.  (Doc. 73.)  Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**.  The Clerk of Court is hereby authorized and directed to **LIFT** the stay presently in place in this case and to **CLOSE** this case.

    **SO ORDERED**, this 26th day of July, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA